UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:

Richard C. Wright,
    Debtor.

Case No.: 24-20265

Nationstar Mortgage LLC, servicer for The Bank of New York Mellon as Trustee for First Horizon Mortgage Pass-Through Trust 2006-AR3,
    Movant.

Chapter: 13

vs.

Richard C. Wright,
    Debtor.

Judge Maria Ellena Chavez-Ruark

and
Rebecca A. Herr,
    Trustee.

    Respondents.

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## (REAL PROPERTY)

    Nationstar Mortgage LLC, servicer for The Bank of New York Mellon as Trustee for First Horizon Mortgage Pass-Through Trust 2006-AR3 ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay, with respect to certain real property of the Debtor having an address of 5902 Jarvis Lane, Bethesda, MD 20814 (the "Property"), for all purposes allowed by the Note (defined below), the Deed of Trust (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

    1.    A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on December 5, 2024.

    2.    A Chapter 13 Plan is scheduled for confirmation hearing on April 1, 2025.

    3.    The Debtor has executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $1,000,000.00, dated July 19, 2006 (the "Note"). A copy of the Note is attached hereto as **Exhibit "A"**.

    4.    Pursuant to that certain Refinance Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Deed of Trust are secured by the Property. The lien created by the Deed of Trust was perfected by recording of the Deed of Trust in the office of the Clerk of the Circuit Court of Montgomery County, Maryland. A copy of the recorded Deed of Trust is attached hereto **Exhibit**

"B".

5.  The Mortgage was subsequently assigned to Movant as evidenced by the Assignment of Mortgage recorded by the Office of the Clerk of Montgomery County on May 28, 2013 in Book 46869 at Page 201 (the "Assignment").  A copy of the Assignment is attached hereto **Exhibit "C"**.

6.  The terms of the Note were amended by a Modification Agreement entered into by and between Nationstar Mortgage, LLC d/b/a Mr. Cooper and the Debtor executed on June 20, 2018, (the "Modification Agreement"). A copy of the Modification Agreement is attached hereto **Exhibit "D"**.

7.  The Debtor was in default at the time the present bankruptcy was filed. The Debtor owed pre-petition arrears of $3,440.61. The pre-petition arrearage is detailed in the Movant's Proof of Claim 2-1.

8.  As of February 20, 2025, the estimated outstanding Obligations are:

| | |
|---|---:|
| Unpaid Principal Balance | $780,170.70 |
| Unpaid, Accrued Interest | $44,127.81 |
| Escrow Advance | $26,492.53 |
| Corporate Advance | $7,073.57 |
| Deferred Principal | $326,456.70 |
| Minimum Outstanding Obligations | $1,184,321.31 |

9.  The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtor as of February 20, 2025.

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 2 | 1/1/2025 | 2/1/2025 | $7,320.09 | $14,640.18 |
| Less post-petition partial payments (suspense balance): | | | | ($0.00) |

**Total Post-petition Payments:**  $14,640.18

10.  A post-petition payment history is attached hereto as **Exhibit "E"**.

11.  In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion Attorney fees and court filing costs not to exceed $1,549.00 amount will be incurred for representation in this matter.

12.  The estimated market value of the Property is $1,200,000.00. The basis for such valuation is the Debtor`s Schedules.

13. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion.

(b) Post-confirmation payments required by the confirmed plan have not been made to Movant.

14. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. For such other relief as the Court deems proper.

Dated: 03/25/2025

Respectfully Submitted,
McCalla Raymer Leibert Pierce, LLP

*/s/ Linda  St. Pierre*
Linda  St. Pierre
MD Fed. Bar No. 22018
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076
860-240-9156
Linda.St.Pierre@mccalla.com
*Attorney for the Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr
Trustee

ecf@ch13md.com

Douglas N. Gottron
Attorney for Debtor
dgottron@morrispalerm.com

   I hereby further certify that on this 25th day of March, 2025, a copy of the foregoing Motion for Relief from Automatic Stay was also mailed first class mail, postage prepaid, to:

Richard C. Wright
5902 Jarvis Lane
Bethesda, MD 20814

              */s/ Linda St. Pierre*
              Linda St. Pierre